# Third District Court of Appeal

## State of Florida

Opinion filed March 25, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0048
Lower Tribunal No. 23-21316-FC-04

_____

**Cesia V. Munoz Bonilla,**
Appellant,

vs.

**Hector A. Izaguirre Sosa,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Veronica Diaz, Judge.

Victor T. Gutierrez, for appellant.

Raul C. Recoba, for appellee.

Before LOGUE, LINDSEY, and GOODEN, JJ.

PER CURIAM.

Affirmed. See Huerta v. Grajales, 357 So. 3d 153, 155 (Fla. 4th DCA 2023) ("Normally, a contempt judgment will not be overturned unless 'the trial

court either abused its discretion or departed so substantially from the essential requirements of law as to have committed fundamental error.'" (quoting Napoli v. Napoli, 142 So. 3d 953, 954–55 (Fla. 4th DCA 2014)).